# EXHIBIT A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MATERIAL SCIENCES CORPORATION, | ) | CASE NO.: 1:19-cv-1738 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN ROLL FORMED PRODUCTS | ) | **DEFENDANT AMERICAN ROLL** |
| CORP., | ) | **FORMED PRODUCTS CORP.'S** |
| | ) | **OBJECTIONS AND ANSWERS TO** |
| Defendant. | ) | **PLAINTIFF MATERIAL SCIENCES** |
| | ) | **CORPORATION'S FIRST SET OF** |
| | ) | **REQUESTS FOR ADMISSION** |

Defendant American Roll Formed Products Corp. ("Defendant"), by and through counsel, for its objections and answers to the First Set of Requests for Admission ("Discovery Requests") propounded by Plaintiff Material Sciences Corporation ("Plaintiff"), responds as follows:

**GENERAL OBJECTIONS**

Defendant objects generally to the Discovery Requests on the following grounds, each of which is incorporated by reference in the responses to the individual requests below. All responses set forth herein are subject to and without waiver of any of these General Objections:

1.      Defendant objects to the Discovery Requests to the extent they seek information that is neither relevant nor material to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

2.      Defendant objects to the Discovery Requests to the extent they purport to impose obligations greater than those imposed by the Federal Rules of Civil Procedure.  In responding to the Discovery Requests, Defendant will comply with the requirements set forth by the Federal

{8451119: }                                        1

CO\6266296.1

Rules of Civil Procedure, but will not comply with any instructions that seek to impose further requirements.

3.     Defendant objects to the Discovery Requests to the extent that they call for disclosure of confidential information.

4.     Defendant objects to the Discovery Requests to the extent that they seek identification of documents not in Defendant's possession, custody, or control.

5.     Defendant objects to the Discovery Requests to the extent they are overly broad in scope and/or unduly burdensome.

6.     Defendant objects to the Discovery Requests to the extent they are vague, indefinite, unintelligible or otherwise unanswerable due to ambiguity.

7.     Defendant objects to the Discovery Requests to the extent they are unreasonably duplicative of other requests, instructions, or definitions, and/or to the extent they seek information that is equally available to Plaintiff because it is already in Plaintiff's possession or is readily accessible to Plaintiff.

8.     Defendant objects to the Discovery Requests to the extent they call for the disclosure of information that is protected by the attorney-client privilege, the attorney work product doctrine, or is otherwise privileged or immune from discovery. This objection includes, but is not limited to, information that Plaintiff seeks regarding communications between Defendant and its attorneys made during or in anticipation of litigation. Inadvertent disclosure of information governed by such privileges is not a waiver of those privileges either as to the information produced or as to any other information.

9.     In providing these responses to the Discovery Requests, Defendant does not in any way waive or intend to waive, but rather intends to preserve:

CO\6266296.1

a.      All objections as to the competency, relevancy, materiality and admissibility of any of the Discovery Requests, the responses and their subject matter;

b.      All objections as to the vagueness, ambiguity or other infirmity in the form of any of the Discovery Requests, and any objections based on the undue burden imposed thereby;

c.      All rights to object on any ground to the use of any of the responses, or its subject matter, in any subsequent proceedings, including the trial of this or any other action;

d.      All rights to object on any ground to any other discovery requests involving or related to the subject matter of the Discovery Requests;

e.      The right to supplement responses to the Discovery Requests prior to trial; and

f.      Any and all privileges and/or rights under the applicable Federal Rules of Civil Procedure, the Local Rules of this Court or other statutes or common law.

10.    To the extent that Defendant provides information or documents in response to these Discovery Requests, which production shall not constitute a waiver of any objection to the relevancy of such information, all such objections being expressly reserved, Defendant also expressly reserves the right to object to further discovery to the subject matter of the Discovery Requests, and to the introduction of any response to the Discovery Requests or any portion thereof, or any document produced as a result of the Discovery Requests into evidence in this or any other action.

These General Objections are incorporated by this reference into each and every response to the Discovery Requests herein.

## REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION 1:**  The copies of the January 5, 2018, February 9, 2018, February 20, 2018, and March 8, 2018 purchase orders attached hereto as Exhibit 1 are true, accurate, and authentic copies of your Purchase Order Numbers (a) PO000079; (b) PO000133; (c) PO000149; (d) PO000150; (e) PO000152; and (f) PO000182.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 2:**  On January 5, 2018, American Roll ordered rolled steel from MSC by submitting Purchase Order Number PO000079.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 3:**  On February 9, 2018, American Roll ordered rolled steel from MSC by submitting Purchase Order Number PO000133.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving

CO\6266296.1

rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 4:**  On February 20, 2018, American Roll ordered rolled steel from MSC by submitting Purchase Order Number PO000149.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 5:**  On February 20, 2018, American Roll ordered rolled steel from MSC by submitting Purchase Order Number PO000150.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 6:**  On February 20, 2018, American Roll ordered rolled steel from MSC by submitting Purchase Order Number PO000152.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

CO\6266296.1

**REQUEST FOR ADMISSION 7:**  On March 8, 2018, American Roll ordered rolled steel from MSC by submitting Purchase Order Number PO000182.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 8:**  You received the goods described in Purchase Order Number PO000079.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 9:**  You received the goods described in Purchase Order Number PO000133.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 10:**   You received the goods described in Purchase Order Number PO000149.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 11:**   You received the goods described in Purchase Order Number PO000150.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 12:**   You received the goods described in Purchase Order Number PO000152.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

CO\6266296.1

**REQUEST FOR ADMISSION 13:**  You received the goods described in Purchase Order Number PO000182.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 14:**  The copies of the invoices attached hereto as Exhibit 2 are true, accurate, and authentic copies of (a) Invoice # 51240, (b) Invoice # 51581, (c) Invoice # 51716, (d) Invoice # 51901, and (e) Invoice # 52244 received by you in conjunction with the goods referenced therein.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 15:**  The goods described in Invoice # 51240 are the goods ordered in Purchase Order Numbers PO000079 and PO000152.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

CO\6266296.1

**REQUEST FOR ADMISSION 16:**  The goods described in Invoice # 51581 are the goods ordered in Purchase Order Number PO000133.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 17:**  The goods described in Invoice # 51716 are the goods ordered in Purchase Order Number PO000149.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 18:**  The goods described in Invoice # 51901 are the goods ordered in Purchase Order Number PO000150.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

CO\6266296.1

**REQUEST FOR ADMISSION 19:**  The goods described in Invoice # 52244 are the goods ordered in Purchase Order Number PO000182.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 20:**

You accepted the goods described in Purchase Order Numbers PO000079 and PO000152 and Invoice # 51240.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 21:**  You accepted the goods described in Purchase Order Number PO000133 and Invoice # 51581.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

{8451119: }                                         10

CO\6266296.1

**REQUEST FOR ADMISSION 22:**  You accepted the goods described in Purchase Order Number PO000149 and Invoice # 51716.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 23:**  You accepted the goods described in Purchase Order Number PO000150 and Invoice # 51901.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 24:**  You accepted the goods described in Purchase Order Number PO000182 and Invoice # 52244.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

CO\6266296.1

**REQUEST FOR ADMISSION 25:** There were no defects with the goods set out in Invoice # 51240 and Purchase Order Numbers PO000079 and PO000152.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 26:**  There are or were no defects with the goods set out in Invoice # 51581 and Purchase Order Number PO000133.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 27:**  There were no defects with the goods set out in Invoice # 51716 and Purchase Order Number PO000149.

**ANSWER:**   Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

CO\6266296.1

**REQUEST FOR ADMISSION 28:**  There were no defects with the goods set out in Invoice # 51901 and Purchase Order Number PO000150.

    **ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

 

    **REQUEST FOR ADMISSION 29:**  There were no defects with the goods set out in Invoice # 52244 and Purchase Order Number PO000182.

    **ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

 

    **REQUEST FOR ADMISSION 30:**  You used the goods set out in Invoice # 51240 and Purchase Order Numbers PO000079 and PO000152 in products that you sold to third-parties.

    **ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

CO\6266296.1

**REQUEST FOR ADMISSION 31:**  You used the goods set out in Invoice # 51581 and Purchase Order Number PO000133 in products that you sold to third-parties.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 32:**  You used the goods set out in Invoice # 51716 and Purchase Order Number PO000149 in products that you sold to third-parties.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 33:**  You used the goods set out in Invoice # 51901 and Purchase Order Number PO000150 in products that you sold to third-parties.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

CO\6266296.1

**REQUEST FOR ADMISSION 34:**  You used the goods set out in Invoice # 52244 and Purchase Order Number PO000182 in products that you sold to third-parties.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 35:**  You owe the amount due on Invoice # 51240.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 36:**  You owe the amount due on Invoice # 51581.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 37:**  You owe the amount due on Invoice # 51716.

**ANSWER:**  Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving

CO\6266296.1

rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 38:**  You owe the amount due on Invoice # 51901.

**ANSWER:**    Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

**REQUEST FOR ADMISSION 39:**  You owe the amount due on Invoice # 52244.

**ANSWER:**    Based upon the information currently available, Defendant admits this Request for Admission.  Further answering, Defendant continues to investigate the facts giving rise to the claims and defenses in this action and reserves the right to revise, modify, or supplement this Answer as discovery proceeds.

As to Objections,

*/s/ Richard W. Cline*
RICHARD W. CLINE (0068560)
JOSEPH M. MUSKA (0089512)
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:  (216) 348-5474
E-mail: rcline@mcdonaldhopkins.com
            jmuska@mcdonaldhopkins.com

*Attorneys for Defendant*
*American Roll Formed Products Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, the foregoing **Defendant American Roll Formed Products Corp.'s Objections and Responses to Plaintiff Material Sciences Corporation's First Set of Requests for Admission** was served by email upon the following:

Daniel R. Swetnam, Esq.
Kristina Dahmann, Esq.
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Email: Daniel.Swetnam@icemiller.com
Email: Kristina.Dahmann@icemiller.com
*Counsel for Plaintiff*
*Material Sciences Corporation*

*/s/ Richard W. Cline*
RICHARD W. CLINE (0068560)
JOSEPH M. MUSKA (0089512)
McDonald Hopkins LLC

*Attorneys for Defendant*
*American Roll Formed Products Corp.*

# EXHIBIT 1

## American Roll Form

141 W Walnut Avenue
Painesville, OH 44077
Phone:   440-709-9057

| Purchase Order |
| --- |

| Date | Page |
| --- | --- |
| Jan 05, 2018 | I |
| Purchase Order Number | |
| PO000079 | |

| Vendor Address:     MAT1697 | Ship To: |
| --- | --- |
| MATERIAL SCIENCES CORP.<br>PO BOX 310625<br>DES MOINES, IA 50331-0625<br>USA | Hynes Industries Roll Formed Products / Painesville, OH<br>141 W. Walnut Avenue<br>Painesville, OH 44077 |

| Reference | Expected Arrival | PO Date | F.O.B. | Terms | Ship Via |
| --- | --- | --- | --- | --- | --- |
| | Mar 12, 2017 | Jan 05, 2018 | | 3/4 % 10 Net 30 | |

| Qty | Item # | Description | Unit Cost | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- |
| 120,000 | MASTER COIL PP | Master Coil of PP Material<br>MASTER COIL PREPAINTED<br>*SLIT COIL TO SIZES AS NEEDED<br><br>STEELCRAFT GLAZING BEAD<br>BEIGE/BEIGE | 0.747500 | LB | 89,700.00 |

Total  Purchase  Order          89,700.00

Shipping documents & Invoice must reference the Purchase Order #.
Invoices should be sent to AP@hynesind.com
Certifications should be sent with all material purchases as appropriate,
*** Trucks will be delayed or refused without this neccessary information ***

.merican Roll Form

| **Purchase Order** |
| --- |

| Date | Page |
| --- | --- |
| Feb 09, 2018 | I |
| **Purchase Order Number** | |
| PO000133 | |

141 W Walnut Avenue
Painesville, OH 44077
Phone:   440-709-9057

**Vendor Address:**     MAT1697

| Ship To: |
| --- |

MATERIAL SCIENCES CORP.
PO BOX 310625
DES MOINES, IA 50331-0625
USA

Hynes Industries Roll Formed Products / Painesville, OH
141 W. Walnut Avenue
Painesville, OH 44077

| Reference | Expected Arrival | PO Date | F.O.B. | Terms | Ship Via |
| --- | --- | --- | --- | --- | --- |
| | Apr 16, 2018 | Feb 09, 2018 | DELIVERED | 3/4 % 10 Net 30 | |

| Qty | Item # | Description | Unit Cost | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- |
| 45,000 | MASTER COIL PP | Master Coil of PP Material | 0.997500 | LB | 44,887.50 |
| | | MASTER COIL PREPAINTED | | | |
| | | SLIT COIL TO SIZES AS NEED | | | |
| | | | | | |
| | | MULTILINK CMM | | | |
| | | RED/WHITE | | | |

Total Purchase Order        44,887.50

Shipping documents & Invoice must reference the Purchase Order #.
Invoices should be sent to AP@hynesind.com
Certifications should be sent with all material purchases as appropriate.
*** Trucks will be delayed or refused without this neccessary information  ***

| | Feb 20, 2018 | Page 1 |
|---|---|---|
| | Purchase Order Number | PO000149 |

**Vendor Address:** MAT1697

MATERIAL SCIENCES CORP.
PO BOX 310625
DES MOINES, IA 50331-0625
USA

**Ship To:**

Hynes Industries Roll Formed Products / Painesville, OH
141 W. Walnut Avenue
Painesville, OH 44077

| Reference | Expected Arrival | PO Date | F.O.B. | Terms | Ship Via |
|---|---|---|---|---|---|
| | Mar 19, 2018 | Feb 20, 2018 | DELIVERED | 3/4 % 10 Net 30 | |

| Qty | Item # | Description | Unit Cost | UOM | Extended Price |
|---|---|---|---|---|---|
| 120,000 | MASTER COIL GV | Master Coil of GV Material | 0.622500 | LB | 74,700.00 |
| | | SLIT COIL TO SIZES AS NEEDED | | | |
| | | MULTILINK MBL | | | |
| | | BARE SLIT | | | |
| | | WILL ACCEPT UP TO 45K | | | |

**Total Purchase Order** 74,700.00

Shipping documents & Invoice must reference the Purchase Order #.
Invoices should be sent to AP@hynesind.com
Certifications should be sent with all material purchases as appropriate.
*** Trucks will be delayed or refused without this neccessary information ***

American Roll Form

141 W Walnut Avenue
Painesville, OH 44077
Phone:  440-709-9057

| | Purchase Order | |
|---|---|---|

| Date | Page |
|---|---|
| Feb 20, 2018 | 1 |

| Purchase Order Number |
|---|
| PO000150 |

Vendor Address:  MATI697

MATERIAL SCIENCES CORP.
PO BOX 310625
DES MOINES, IA 50331-0625
USA

Ship To:

Hynes Industries Roll Formed Products / Painesville, OH
141 W. Walnut Avenue
Painesville, OH 44077

| Reference | Expected Arrival | PO Date | F.O.B. | Terms | Ship Via |
|---|---|---|---|---|---|
| | Apr 16, 2018 | Feb 20, 2018 | DELIVERED | 3/4 % 10 Net 30 | |

| Qty | Item # | Description | Unit Cost | UOM | Extended Price |
|---|---|---|---|---|---|
| 90,000 | MASTER COIL PP | Master Coil of PP Material | 0.980000 | LB | 88,200.00 |
| | | SLIT COIL TO SIZES AS NEEDED | | | |
| | | MULTILINK CMM | | | |
| | | BROWN/ALMOND | | | |

Total Purchase Order          88,200.00

Shipping documents & Invoice must reference the Purchase Order #.
Invoices should be sent to AP@hynesind.com
Certifications should be sent with all material purchases as appropriate.
*** Trucks will be delayed or refused without this neccessary information ^^^

# American Roll Form

141 W Walnut Avenue
Painesville, OH 44077
Phone:   440-709-9057

| Purchase Order |
|---|

| Date | Page |
|---|---|
| Feb 20, 2018 | 1 |
| Purchase Order Number | |
| PO000152 | |

**Vendor Address:**   MAT1697

MATERIAL SCIENCES CORP.
PO BOX 310625
DES MOINES, IA 50331-0625
USA

**Ship To:**

Hynes Industries Roll Formed Products / Painesville, OH
141 W. Walnut Avenue
Painesville, OH 44077

| Reference | Expected Arrival | PO Date | F.O.B. | Terms | Ship Via |
|---|---|---|---|---|---|
| | Apr 23, 2018 | Feb 20, 2018 | DELIVERED | 3/4 % 10 Net 30 | |

| Qty | Item # | Description | Unit Cost | UOM | Extended Price |
|---|---|---|---|---|---|
| 45,000 | PGVC02403054 | 0.022-0.026 x 3.054 GV CS-B G60 Material painted Valspar Bei STEELCRAFT TOP CAP MATERIAL PAINTED VALSPAR BEIGE- 2569E-10002/BEIGE- 2569E-10002 | 0.910000 | LB | 40,950.00 |

Total Purchase Order          40,950.00

Shipping documents & Invoice must reference the Purchase Order #,
Invoices should be sent to AP@hynesind.com
Certifications should be sent with all material purchases as appropriate.
*** Trucks will be delayed or refused without this neccessary information ***

American Roll Form

**Purchase Order**

Mar 08, 2018 | Page 1

141 W Walnut Avenue
Painesville, OH 44077
Phone:   440-709-9057

Purchase Order Number
PO000182

| Vendor Address: | MAT1697 |
| --- | --- |

MATERIAL SCIENCES CORP.
PO BOX 310625
DES MOINES, IA 50331-0625
USA

Ship To:

Hynes Industries Roll Formed Products / Painesville, OH
141 W. Walnut Avenue
Painesville, OH 44077

| Reference | Expected Arrival | PO Date | F.O.B. | Terms | Ship Via |
| --- | --- | --- | --- | --- | --- |
| | May 07, 2018 | Mar 08, 2018 | | 3/4 % 10 Net 30 | |

| Qty | Item # | Description | Unit Cost | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- |
| 90.000 | MASTER COIL PP | Master Coil of PP Material<br>MASTER COIL PREPAINTED<br>SLIT COIL TO SIZES AS NEEDED<br><br>MULTILINK CMM<br>BROWN/RED | 1.062500 | LB | 95,625.00 |

Total Purchase Order         95,625.00

Shipping documents & Invoice must reference the Purchase Order #.
Invoices should be sent to AP@hynesind.com
Certifications should be sent with all material purchases as appropriate.
*** Trucks will be delayed or refused without this neccessary information ***

## **EXHIBIT 2**

# MSC Material Sciences Corporation

**Elk Grove Village**

2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51240
Invoice Date:  5/16/18

Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH  44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH  44077
USA

| Freight DEL | Terms ***COD*** | Shipper # 148285 | Shipped 05/16/18 | Invoiced 05/16/18 | DUE ON OR BEFORE 06/15/18 |
|---|---|---|---|---|---|

| Wgt | Type | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 27232 | GHP | 0.0220Min x 3.0540 x Coil HDG CSB G40 NCT LO Beige/Beige | CWT | 91.0000 | 24781.12 |

Customer PO# : 152
Part Number  : PGVC02403054
Sales Order  : 38826-1 (9347)

| Tag | Weight | Pcs | Ref # |
|---|---|---|---|
| 8718802 | 1702 | 1 | 47734-P101 |
| 8718803 | 1702 | 1 | 47734-P102 |
| 8718804 | 1702 | 1 | 47734-P103 |
| 8718805 | 1702 | 1 | 47734-P104 |
| 8718806 | 1702 | 1 | 47734-P105 |
| 8718807 | 1702 | 1 | 47734-P106 |
| 8718808 | 1702 | 1 | 47734-P107 |
| 8718809 | 1702 | 1 | 47734-P108 |
| 8718810 | 1702 | 1 | 47734-P109 |
| 8718811 | 1702 | 1 | 47734-P110 |
| 8718812 | 1702 | 1 | 47734-P111 |
| 8718813 | 1702 | 1 | 47734-P112 |
| 8718814 | 1702 | 1 | 47734-P113 |
| 8718815 | 1702 | 1 | 47734-P114 |
| 8718816 | 1702 | 1 | 47734-P115 |
| 8718817 | 1702 | 1 | 47734-P116 |

JT            *** Continued ***                    Page    1

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**MSC** **Material Sciences Corporation**

**Elk Grove Village**
2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #       51240
Invoice Date:  5/16/18

Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH   44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH   44077
USA

| Freight DEL | Terms ***COD*** | Shipper # 148285 | Shipped 05/16/18 | Invoiced 05/16/18 | DUE ON OR BEFORE 06/15/18 |
|---|---|---|---|---|---|

| Wgt | Type | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 12873 | GHP | 0.0420Min x 1.6930 x Coil<br>HDG CSB G40 NCT LO Beige/Beige | CWT | 74.7500 | 9622.57 |

Customer PO# : 79
Part Number  : .042 X 1.693
Sales Order  : 39660-1 (9239)

| Tag | Weight | Pcs | Ref # |
|---|---|---|---|
| 8494638 | 613 | 1 | 45767-P236 |
| 8494639 | 613 | 1 | 45767-P237 |
| 8494640 | 613 | 1 | 45767-P238 |
| 8494641 | 613 | 1 | 45767-P239 |
| 8494642 | 613 | 1 | 45767-P240 |
| 8494643 | 613 | 1 | 45767-P241 |
| 8494644 | 613 | 1 | 45767-P242 |
| 8494645 | 613 | 1 | 45767-P243 |
| 8494646 | 613 | 1 | 45767-P244 |
| 8494647 | 613 | 1 | 45767-P245 |
| 8494648 | 613 | 1 | 45767-P246 |
| 8494649 | 613 | 1 | 45767-P247 |
| 8494650 | 613 | 1 | 45767-P248 |
| 8494651 | 613 | 1 | 45767-P249 |
| 8494652 | 613 | 1 | 45767-P250 |
| 8494653 | 613 | 1 | 45767-P251 |
| 8494654 | 613 | 1 | 45767-P252 |
| 8494655 | 613 | 1 | 45767-P253 |
| 8494656 | 613 | 1 | 45767-P254 |
| 8494657 | 613 | 1 | 45767-P255 |
| 8494658 | 613 | 1 | 45767-P256 |

JT          *** Continued ***                    Page    2

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference. The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC★ Material Sciences Corporation

**Elk Grove Village**
2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51240
Invoice Date:  5/16/18

Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH    44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH  44077
USA

| Freight | Terms | Shipper # | Shipped | Invoiced | DUE ON OR BEFORE |
|---------|-------|-----------|---------|----------|------------------|
| DEL | ***COD*** | 148285 | 05/16/18 | 05/16/18 | 06/15/18 |

| Wgt | Type | Description | Qty | Price | Amount |
|-----|------|-------------|-----|-------|--------|

Total Invoice:    $    34403.69

JT              *** End ***                        Page    3

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated
by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor
Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC★ Material Sciences Corporation

**Elk Grove Village**
2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #       51581
Invoice Date:  5/31/18

Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH  44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH  44077
USA

| Freight DEL | Terms ***COD*** | Shipper # 149693 | Shipped 05/31/18 | Invoiced 05/31/18 | DUE ON OR BEFORE 06/30/18 |
|---|---|---|---|---|---|

| Wgt | Type | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 13052 | GHP | 0.0210Min x 6.4750 x Coil<br>HDG CSB G40 NCT XS LO-WHITE/RED | CWT | 99.7500 | 13019.37 |

Customer PO# : 133
Part Number  : GVPP02106475RW
Sales Order  : 40533-1 (4701)

| Tag | Weight | Pcs | Ref # |
|---|---|---|---|
| 8726402 | 1068 | 1 | 47818-P101 |
| 8717002 | 1104 | 1 | 47766-P101 |
| 8726403 | 1068 | 1 | 47818-P102 |
| 8717003 | 1104 | 1 | 47766-P102 |
| 8726413 | 1069 | 1 | 47818-P112 |
| 8717013 | 1107 | 1 | 47766-P112 |
| 8726414 | 1069 | 1 | 47818-P113 |
| 8717014 | 1107 | 1 | 47766-P113 |
| 8726424 | 1069 | 1 | 47818-P123 |
| 8717024 | 1109 | 1 | 47766-P123 |
| 8726425 | 1069 | 1 | 47818-P124 |
| 8717025 | 1109 | 1 | 47766-P124 |

| Wgt | Type | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 21275 | GHP | 0.0210Min x 4.2200 x Coil<br>HDG CSB G40 NCT XS LO-WHITE/RED | CWT | 99.7500 | 21221.81 |

Customer PO# : 133
Part Number  : GVPP02104220RW
Sales Order  : 40534-1 (4771)

| Tag | Weight | Pcs | Ref # |
|---|---|---|---|
| 8726404 | 696 | 1 | 47818-P103 |
| 8717004 | 720 | 1 | 47766-P103 |
| 8726405 | 696 | 1 | 47818-P104 |

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference. The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC★ Material Sciences
Corporation

**Elk Grove Village**
2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51581
Invoice Date:  5/31/18

Remit to: Material Sciences Corporation
PO Box 310625
Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH  44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH  44077
USA

| Freight | Terms | Shipper # | Shipped | Invoiced | DUE ON OR BEFORE |
|---------|-------|-----------|---------|----------|------------------|
| DEL | ***COD*** | 149693 | 05/31/18 | 05/31/18 | 06/30/18 |

| Wgt | Type | Description | | Qty | Price | Amount |
|-----|------|-------------|--|-----|-------|--------|

| Tag | Weight | Pcs | Ref # |
|-----|--------|-----|-------|
| 8717005 | 720 | 1 | 47766-P104 |
| 8726406 | 696 | 1 | 47818-P105 |
| 8717006 | 720 | 1 | 47766-P105 |
| 8726407 | 696 | 1 | 47818-P106 |
| 8717007 | 720 | 1 | 47766-P106 |
| 8726408 | 696 | 1 | 47818-P107 |
| 8717008 | 720 | 1 | 47766-P107 |
| 8726415 | 697 | 1 | 47818-P114 |
| 8717015 | 722 | 1 | 47766-P114 |
| 8726416 | 697 | 1 | 47818-P115 |
| 8717016 | 722 | 1 | 47766-P115 |
| 8726417 | 697 | 1 | 47818-P116 |
| 8717017 | 722 | 1 | 47766-P116 |
| 8726418 | 697 | 1 | 47818-P117 |
| 8717018 | 722 | 1 | 47766-P117 |
| 8726419 | 697 | 1 | 47818-P118 |
| 8717019 | 722 | 1 | 47766-P118 |
| 8726426 | 697 | 1 | 47818-P125 |
| 8717026 | 723 | 1 | 47766-P125 |
| 8726427 | 697 | 1 | 47818-P126 |
| 8717027 | 723 | 1 | 47766-P126 |
| 8726428 | 697 | 1 | 47818-P127 |
| 8717028 | 723 | 1 | 47766-P127 |
| 8726429 | 697 | 1 | 47818-P128 |
| 8717029 | 723 | 1 | 47766-P128 |
| 8726430 | 697 | 1 | 47818-P129 |
| 8717030 | 723 | 1 | 47766-P129 |

JT          *** Continued ***                    Page    2

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC★ Material Sciences Corporation

**Elk Grove Village**
2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51581
Invoice Date:  5/31/18

```
Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625
```

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH  44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH  44077
USA

| Freight | Terms | Shipper # | Shipped | Invoiced | DUE ON OR BEFORE |
|---------|-------|-----------|---------|----------|------------------|
| DEL | ***COD*** | 149693 | 05/31/18 | 05/31/18 | 06/30/18 |

| Wgt | Type | Description | Qty | Price | Amount |
|-----|------|-------------|-----|-------|--------|
| 13616 | GHP | 0.0190Min x 3.3760 x Coil<br>HDG CSB G40 NCT XS LO-WHITE/RED | CWT | 99.7500 | 13581.96 |

Customer PO# : 133
Part Number  : GVPP021003376
Sales Order  : 40535-1 (4922)

| Tag | Weight | Pcs | Ref # |
|-----|--------|-----|-------|
| 8726409 | 557 | 1 | 47818-P108 |
| 8717009 | 576 | 1 | 47766-P108 |
| 8726410 | 557 | 1 | 47818-P109 |
| 8717010 | 576 | 1 | 47766-P109 |
| 8726411 | 557 | 1 | 47818-P110 |
| 8717011 | 576 | 1 | 47766-P110 |
| 8726412 | 557 | 1 | 47818-P111 |
| 8717012 | 576 | 1 | 47766-P111 |
| 8726420 | 558 | 1 | 47818-P119 |
| 8717020 | 577 | 1 | 47766-P119 |
| 8726421 | 558 | 1 | 47818-P120 |
| 8717021 | 577 | 1 | 47766-P120 |
| 8726422 | 558 | 1 | 47818-P121 |
| 8717022 | 577 | 1 | 47766-P121 |
| 8726423 | 558 | 1 | 47818-P122 |
| 8717023 | 577 | 1 | 47766-P122 |
| 8726431 | 558 | 1 | 47818-P130 |
| 8717031 | 578 | 1 | 47766-P130 |
| 8726432 | 558 | 1 | 47818-P131 |
| 8717032 | 578 | 1 | 47766-P131 |
| 8726433 | 558 | 1 | 47818-P132 |
| 8717033 | 578 | 1 | 47766-P132 |
| 8726434 | 558 | 1 | 47818-P133 |
| 8717034 | 578 | 1 | 47766-P133 |

JT        *** Continued ***        Page    3

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources. We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC★ Material Sciences Corporation

## Elk Grove Village

2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51581
Invoice Date:  5/31/18

```
Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625
```

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH   44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH  44077
USA

| Freight | Terms | | Shipper # | Shipped | Invoiced | DUE ON OR BEFORE |
|---------|-------|--|-----------|---------|----------|------------------|
| DEL | ***COD*** | | 149693 | 05/31/18 | 05/31/18 | 06/30/18 |

| Wgt | Type | Description | | Qty | Price | Amount |
|-----|------|-------------|--|-----|-------|--------|

Total Invoice:    $   47823.14

JT        *** End ***                              Page    4

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**MSC✦**

## Material Sciences Corporation

### Elk Grove Village

2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51716
Invoice Date:  6/05/18

Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville OH   44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH   44077
USA

| Freight | Terms | Shipper # | Shipped | Invoiced | DUE ON OR BEFORE |
|---------|-------|-----------|---------|----------|------------------|
| DEL | ***COD*** | 51831 | 06/05/18 | 06/05/18 | 07/05/18 |

| Wgt | Type | Description | Qty | Price | Amount |
|-----|------|-------------|-----|-------|--------|
| 20666 | GHP | 0.0220Min x 2.4650 x Coil<br>HDG Bare - Slit | CWT | 62.2500 | 12864.59 |

Customer PO# : 149
Part Number  : HDC0210002465
Sales Order  : 40536-1 (9386)

| Tag | Weight | Pcs | Ref # |
|-----|--------|-----|-------|
| 897822 | 1947 | 3 | 47018-01 |
| 897807 | 1438 | 3 | 47017-01 |
| 897815 | 1469 | 3 | 47013-01 |
| 897823 | 1974 | 3 | 47018-02 |
| 897808 | 1451 | 3 | 47017-02 |
| 897816 | 1486 | 3 | 47013-02 |
| 897824 | 1972 | 3 | 47018-03 |
| 897809 | 1452 | 3 | 47017-03 |
| 897817 | 1495 | 3 | 47013-03 |
| 897829 | 1982 | 3 | 47018-04 |
| 897830 | 1998 | 3 | 47018-05 |
| 897831 | 2002 | 3 | 47018-06 |

| Wgt | Type | Description | Qty | Price | Amount |
|-----|------|-------------|-----|-------|--------|
| 13969 | GHP | 0.0220Min x 3.7600 x Coil<br>HDG Bare - Slit | CWT | 62.2500 | 8695.70 |

Customer PO# : 149
Part Number  : HDC0210003760
Sales Order  : 40537-1 (9385)

| Tag | Weight | Pcs | Ref # |
|-----|--------|-----|-------|
| 897812 | 1474 | 2 | 47017-06 |
| 897820 | 1502 | 2 | 47013-06 |
| 897813 | 1460 | 2 | 47017-07 |

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC  Material Sciences Corporation

**Elk Grove Village**

2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51716
Invoice Date:  6/05/18

Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville OH   44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville OH   44077
USA

| Freight | Terms | Shipper # | Shipped | Invoiced | DUE ON OR BEFORE |
|---|---|---|---|---|---|
| DEL | ***COD*** | 51831 | 06/05/18 | 06/05/18 | 07/05/18 |

| Wgt | Type | Description | | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | | Tag | Weight | Pcs | Ref # | |
| | | 897821 | 1488 | 2 | 47013-07 | |
| | | 897827 | 2001 | 2 | 47018-11 | |
| | | 897828 | 1975 | 2 | 47018-12 | |
| | | 897834 | 2049 | 2 | 47018-13 | |
| | | 897835 | 2020 | 2 | 47018-14 | |
| 9191 | GHP | 0.0220Min x 1.6300 x Coil HDG Bare - Slit | | CWT | 62.2500 | 5721.40 |

Customer PO# : 149
Part Number  : HDC0210001630
Sales Order  : 40538-1 (9387)

| | | Tag | Weight | Pcs | Ref # | |
|---|---|---|---|---|---|---|
| | | 897810 | 968 | 3 | 47017-04 | |
| | | 897818 | 987 | 3 | 47013-04 | |
| | | 897811 | 964 | 3 | 47017-05 | |
| | | 897819 | 987 | 3 | 47013-05 | |
| | | 897825 | 1306 | 3 | 47018-07 | |
| | | 897826 | 1300 | 3 | 47018-08 | |
| | | 897832 | 1343 | 3 | 47018-09 | |
| | | 897833 | 1336 | 3 | 47018-10 | |

Total Invoice:  $  27281.69

JT            *** End ***                    Page   2

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC★ Material Sciences Corporation

**Elk Grove Village**
2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51901
Invoice Date:  6/13/18

```
Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-0625
```

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville OH  44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH  44077
USA

| Freight | Terms | Shipper # | Shipped | Invoiced | DUE ON OR BEFORE |
|---------|-------|-----------|---------|----------|------------------|
| DEL | ***COD*** | 151034 | 06/13/18 | 06/13/18 | 07/13/18 |

| Wgt | Type | Description | Qty | Price | Amount |
|-----|------|-------------|-----|-------|--------|
| 35016 | GHP | 0.0190Min x 4.2200 x Coil<br>HDG Painted CSB G90-Brown/Almond | CWT | 98.0000 | 34315.68 |

```
Customer PO# : 150
Part Number  : .019 X 4.22
Sales Order  : 40769-1 (5463)
```

| Tag | Weight | Pcs | Ref # |
|-----|--------|-----|-------|
| 8739302 | 2200 | 1 | 47997-P101 |
| 8727902 | 2177 | 1 | 47819-P101 |
| 8739303 | 2200 | 1 | 47997-P102 |
| 8727903 | 2177 | 1 | 47819-P102 |
| 8739304 | 2200 | 1 | 47997-P103 |
| 8727904 | 2177 | 1 | 47819-P103 |
| 8739305 | 2200 | 1 | 47997-P104 |
| 8727905 | 2177 | 1 | 47819-P104 |
| 8739306 | 2200 | 1 | 47997-P105 |
| 8727906 | 2177 | 1 | 47819-P105 |
| 8739307 | 2200 | 1 | 47997-P106 |
| 8727907 | 2177 | 1 | 47819-P106 |
| 8739308 | 2200 | 1 | 47997-P107 |
| 8727908 | 2177 | 1 | 47819-P107 |
| 8739309 | 2200 | 1 | 47997-P108 |
| 8727909 | 2177 | 1 | 47819-P108 |

JT              *** Continued ***                    Page   1

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC✦ Material Sciences Corporation

## Elk Grove Village
2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        51901
Invoice Date:    6/13/18

Remit to: Material Sciences Corporation
PO Box 310625
Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH    44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH    44077
USA

| Freight DEL | Terms ***COD*** | Shipper # 151034 | Shipped 06/13/18 | Invoiced 06/13/18 | DUE ON OR BEFORE 07/13/18 |
|---|---|---|---|---|---|

| Wgt | Type | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 13434 | GHP | 0.0190Min x 6.4750 x Coil<br>HDG CSB G40 NCT XS LO-BROWN/ALMOND | CWT | 98.0000 | 13165.32 |

Customer PO# : 150
Part Number  : .019 X 6.47
Sales Order  : 40771-1 (4943)

| Tag | Weight | Pcs | Ref # |
|---|---|---|---|
| 8739310 | 3375 | 1 | 47997-P109 |
| 8727910 | 3342 | 1 | 47819-P109 |
| 8739311 | 3375 | 1 | 47997-P110 |
| 8727911 | 3342 | 1 | 47819-P110 |

Total Invoice:    $   47481.00

JT            *** End ***                    Page    2

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC★ Material Sciences Corporation

**Elk Grove Village**
2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        52244
Invoice Date:  6/27/18

Remit to: Material Sciences Corporation
PO Box 310625
Des Moines, IA 50331-0625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH  44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH  44077
USA

| Freight DEL | Terms ***COD*** | Shipper # 152344 | Shipped 06/27/18 | Invoiced 06/27/18 | DUE ON OR BEFORE 07/27/18 |
|---|---|---|---|---|---|

| Wgt | Type | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| 46998 | GHP | 0.0210Min x 3.3760 x Coil HDG CSB G90 NCT XS LO-BROWN/Red | CWT | 106.2500 | 49935.38 |

Customer PO# : 182
Part Number  : .021 X 3.376 BRN/RED
Sales Order  : 40752-1 (9714)

| Tag | Weight | Pcs | Ref # |
|---|---|---|---|
| 8907802 | 1671 | 1 | 49081-P101 |
| 8907702 | 1686 | 1 | 49080-P101 |
| 8907803 | 1671 | 1 | 49081-P102 |
| 8907703 | 1686 | 1 | 49080-P102 |
| 8907804 | 1671 | 1 | 49081-P103 |
| 8907704 | 1686 | 1 | 49080-P103 |
| 8907805 | 1671 | 1 | 49081-P104 |
| 8907705 | 1686 | 1 | 49080-P104 |
| 8907806 | 1671 | 1 | 49081-P105 |
| 8907706 | 1686 | 1 | 49080-P105 |
| 8907807 | 1671 | 1 | 49081-P106 |
| 8907707 | 1686 | 1 | 49080-P106 |
| 8907808 | 1671 | 1 | 49081-P107 |
| 8907708 | 1686 | 1 | 49080-P107 |
| 8907809 | 1671 | 1 | 49081-P108 |
| 8907709 | 1686 | 1 | 49080-P108 |
| 8907810 | 1671 | 1 | 49081-P109 |
| 8907710 | 1686 | 1 | 49080-P109 |
| 8907811 | 1671 | 1 | 49081-P110 |
| 8907711 | 1686 | 1 | 49080-P110 |
| 8907812 | 1671 | 1 | 49081-P111 |
| 8907712 | 1686 | 1 | 49080-P111 |
| 8907813 | 1671 | 1 | 49081-P112 |
| 8907713 | 1686 | 1 | 49080-P112 |

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

# MSC✦ Material Sciences Corporation

**Elk Grove Village**

2250 Pratt Blvd
Elk Grove Village, IL 60007
Phone: 847-439-9800 Fax:

Invoice #        52244
Invoice Date:  6/27/18

Remit to: Material Sciences Corporation
          PO Box 310625
          Des Moines, IA 50331-O625

Sold To:
American Roll Form Products
c/o Hynes Industries
141 W. Walnut Ave
Painsville  OH   44077

Ship To:
American Roll Form Products Co
141 West Walnut St.
Painesville  OH   44077
USA

| Freight | Terms | Shipper # | Shipped | Invoiced | DUE ON OR BEFORE |
|---------|-------|-----------|---------|----------|------------------|
| DEL | ***COD*** | 152344 | 06/27/18 | 06/27/18 | 07/27/18 |

| Wgt | Type | Description | Qty | Price | Amount |
|-----|------|-------------|-----|-------|--------|

| Tag | Weight | Pcs | Ref # |
|-----|--------|-----|-------|
| 8907814 | 1671 | 1 | 49081-P113 |
| 8907714 | 1686 | 1 | 49080-P113 |
| 8907815 | 1671 | 1 | 49081-P114 |
| 8907715 | 1686 | 1 | 49080-P114 |

Total Invoice:   $  49935.38

JT         *** End ***                          Page   2

This invoice is governed by Material Sciences Corporation's standard Terms and Conditions of Sale, which is hereby incorporated
by reference.  The Terms and Conditions of Sale can be found online at https://www.materialsciencescorp.com/resources.
We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor
Standards Act as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.